**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

DEC 2 9 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_WESTERN_ DIVISION

JAMES W. McCORMACK, CLERK
By: _C/ E._
DEP CLERK

CASE NO. 4:10CV02069 WRW/BD

Jury Trial ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: **Jamie Shawn McCall**
ADC # **61009**

Address: **735 S Neely Benton, AR, 72015**

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge **Wilson**
and to Magistrate Judge **Deere**

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Richards**

Position: **Sargent**

Place of employment: **Saline County Jail**

Address: **735 S. Neely Benton AR, 72015**

Name of defendant: **Lester**

Position: **Sargent**

Place of employment: **Saline County Jail**

Address: 735 S Neely Benton AR 72015

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: **Saline County Jail**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

**X** in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **In Jail waiting transfer to Adc for parole violation**

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 . Did you file a grievance or grievances presenting the facts set forth in this complaint?

  Yes **X** No _____

 . Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

  Yes _____ No **X**

  If not, why? **My grievances were never answered**

VII.  Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

On 11-27-2010 I was jumped inside the Cell block I lived in. On 11-28-2010 I requested to be put on protective custody status for fear of being jumped again. Sargent richards put me on PC and wrote me back and said I will remain on PC. Two days later the Jailors started discounting my PC Status and made me come out of my cell into general population. I filed request and told the Jailors daily I was on PC and they said no I wasnt. I have written proof from Sargent richards that I was on PC. On 12-19-2010 I was again jumped while out in the day room. I recieved numerous and severe head injuries. I had to go to the ER at Saline memorial hospital and I am scheduled to have surgery on my nose on monday 12-27-2010. This would have never happend if the Jail would have let me stay on PC.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking monetary damages & my hospital bills paid. I am schieduled for surgery on tuesday 12-28-2010

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of December, 20 10.

_____
Signature(s) of plaintiff(s)

Revised 03/19/09

12-26-2010

RECEIVED
MAIL ROOM
DEC 29 2010
U.S. DISTRICT COURT
E. DIST OF ARKANSAS

To whom it may Concern,

My name is Jamie Shawn McCall. ADC #610019. I am currently incarcerated in the Saline County Jail awaiting transfer to ADC for parole violation.

I turned in the Calculation of inmate funds Sheet 3 weeks ago and I never recieved it back. The pro se law clerk wrote me stateing to go ahead and file my 1983 form.

Also Saline County Jail officials have not been returning the grievance I'v filed, making it impossible to exhaust the administrative remedies. Recently I have been writing duplicate copies and having them signed by the jailor who takes them, turning one in, and keeping the other for my copy. In this Complaint I'v done that but Saline County offers no law library or photocopy so I have no way of sending copies with my Complaint. I can however demonstrate my attempts at exhaustion.

I'm not even sure if this Complaint will make it in the mail. When and if your office recieves my Complaint please send me notification.

Respectfully,
Jamie McCall