FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 01 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:10-CV-02069-WRW-BD

I. Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jamie Shawn McCall
ADC# 610019

Address: Cummins Unit P.O. Box 500 Grady, AR, 71644

Name of plaintiff: _____
ADC# _____

Address _____

Name of plaintiff: _____
ADC# _____

Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Sargent Richards

Position: Sargent

Place of employment: Saline County Jail

Address: 735 S. Neely Benton, AR, 72015

Name of defendant: Sargent Lester

Position: Sargent

Place of Employment: Saline County Jail

Address: 735 S. Neely Benton, AR, 72015

Name of defendant: Deputy Marvel

Position: Deputy

Place of Employment: Saline County Jail

Address: 735 S. Neely Benton, AR, 72015

Name of defendant: Deputy Reed, Griffin, Parker

Position: Deputies

Place of Employment: Saline County Jail

Address: 735 S Neely Benton, AR, 72015

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No _____

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

☐ Parties to previous lawsuit

Plaintiffs: Jamie McCall

Defendants: Sargent Richards
            Sargent Lester

☐ Court (if federal court, name the district; if state court, name the county):
US District Court Eastern District of Arkansas

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: Judge Beth Deere

☐ Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still Pending

☐ Approximate date of filing lawsuit: 1-1-2011 (?)

☐ Approximate date of disposition: _____

IV. Place of present confinement: Arkansas Department of Corrections / Cummins Unit

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: in Jail awaiting transfer for parole violation

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ✓

If not, why? Grievance #1,2 I did Grievance #3 was never answered

① 

VII.   Statement of Claim   AMENDED CLAIM

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>CLAIM 1</u>: Failure to protect injuries occured on 12-19-2011 at approx 4:00pm, While I was supposed to be on protective Custody Status, I was attacked and beaten in the Saline Co. Jail. I recieved numerous and severe head injuries. I was taken to Saline memorial hospital emergency room, Where I recieved x-ray and CAT Scan. The ER doctor stated that my nose was so "severely displaced" I would have to have it "repaired." An appointment was made with the Arkansas Otolaryngolgy Center with doctor Michael A McGee MD FACS. I was taken to the appointment by deputy McKinny on tues. Dec 21st. Dr McGee Scheduled me for outpatient surgery at Saline memorial for thurs. Dec 23rd Sargent Lester Canceled that appointment. Dr McGee Clearly Stated that there was a "window period" in which my nose had to be fixed in.

Dr. McGee said that window period was two weeks, after which my nose would have to be re-broken. I had a number of other head injuries that my ER records can explain.

CLAIM 2: Denied Due Process

The events of Claim 2 happened prior to the attack. I was placed on thirty days lockdown without the right to call witness in my behalf, gather statements for my defense, or present my case to a diciplanary Court Judge or Committee. My punitive Sanction, otherwise know as lockdown, consisted of loss of visits, commisary, and I was confined in my cell 23 hours a day with one hour out. All my property was taken by Sargent Richards and deputy Boseman. I filed grievance in this matter, two of which I never saw again. It was then that I began to be threatened by deputy Marvel. These events led into my Claim #3.

CLAIM 3: Reprisal to grievance.

After I started filing grievance on being denied the right to due process. I recieved threats from deputy marvel. On 10-25-2010 Deputy Marvel entered my cell with his taser drawn and pointed at me with the laser dot on me for no reason. On 11-6-2010 Inmate Michael Absure told me Deputy Marvel offered him and his cellmate extra food treys to beat me up.

③
Cont.

CLAIM 1: Failure to protect causing injury

About two weeks after I was taken off lockdown there was a big movement within the facility in which we were moved to different PODS. I told Deputy Griffin I had an enemy in E POD where I was being sent. Deputy Griffin told me, "You'll be allright." My second day in E POD I was jumped by two inmates. On or about 11-28-2010 I filed a request to be placed on PC (protective Custody) and handed it to Deputy Griffin. I also wrote a note on plain white paper to Deputy McGee that stated I felt I was in danger. The next morning Deputy Griffin came to the POD with the Hour out log and said, "You are on PC and this is your hour out." Right before Dep. Griffin entered the POD I made a call to my grandmother telling her I felt I was in danger and to have my mother call the Jail to get me moved to another POD. I did not recieve a POD change but I did get a cell change.

My PC status was honored by Deputy Cats and McGuire. When the new shift came on they began to make me come out of my cell into general population. I told Deputy Reed and Parker I was on PC and I even showed them my grievance response from Sargent richards stateing I was in fear when outside my cell so I will remain on admin seg for that reason. Because Saline County



Cont

locks you outside of your cell from 8:00 AM - 8:00 pm. Dupties Reed and Parker made me come out of my cell into General Population and lock my cell door. When I argued the fact that I was on P.C., both dupties said they would check with Sargent Richards about my status. When they returned they said Sargent Richards said to come out of my cell and stay out from 8-8, even though I was on P.C.

 I feel this claim against Sgt Richards to be in both official and personal capacity. In the Official Capacity I was locked out of my cell from 8:00 AM - 8:00 pm while on PC Status. In the personal capacity because Sargent previously said he did'nt like me. When I asked him if I could be taken off punitive lockdown and get my Commisary back he said No. I asked him why and he stated, "because I dont like you." I told Sargent lobbs what he said. Sargent lobbs said, "I'm sure he has paper work to back up that statement."

 Because Sargent lester canceled my appointment I will now have to go through an extreme amount of pain to have my nose re-broken and set. I have a broken eye socket and I now have severe headaches.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award monetary relief for injuries, pain suffering, and future medical bills in amount of $100,000.00 in Claim #1. Award monetary relief in Claim 2 & 3

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___27th___ day of ___January___, 20_11_.

_____/s/ Jamie McCall_____

(Signature(s) of plaintiff(s))

Duplicate

Duplicate

## JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY
## 735 NEELY ST. BENTON, AR. 72015

Instructions; Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the complete form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Jamie Shawn McCall                      CELL: E-2
DATE: 12/1/10
GRIEVANCE: Due process           Previous Attempts at filing this
APPEAL:                          grievance date 10-13-2010 (No response)
                                 10-23-2010 (No response)

PROBLEM: I was placed on 30 days punitive diciplenary Segeration without the right to due process. The deputy who placed me on "lock down" has since been fired for dishonesty. I believe the sanction "lock down" in this County to be unjust. I was not allowed the right to call witness in my behalf, gather statements in my defence and present my evidence to a diciphnary court Judge or committee for my defense. My commisary privlege and visits were taken and I was placed on 30 day 23 hour a day lockdown. I have filed numerous grievance on this issue and I have never got a response back.

RESPONSE: Your Grievance has Been Noted And found to have No merit— You Are on Segregation At your own original Request. You stated that you were in fear when you were out in the Pod. You will Remain on Administrative Segregation for that Reason.

RESPONDERS SIGNATURE: Sgt Richs 802
JAILER'S NAME (PRINT): Parker 848
DETAINEE'S NAME (PRINT) Jamie Shawn McCall

Duplicate   Duplicate

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY
### 735 NEELY ST. BENTON, AR. 72015

Instructions: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the complete form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Jamie McCall    CELL: B-3
DATE: 12 / 20 / 2010
GRIEVANCE: Jail Policy
APPEAL: _____

PROBLEM: I feel there has been a blatant disregaurd for my safty by the jail administration. By my own request I was asked to be put on protective custody status because I had been jumped on in the POD. I also asked to be moved to a different pod, but that didn't happen. Two days after my PC request I began being forced to come out of my cell into general population. On 12-19-2010 at 4:00 pm I was again jumped from behind in the POD. Now I have numerous and severe head injuries. If I was allowed to stay on PC as I requested this would have never happened. I feel like jail policy has been disregaurded, and if it's not jail policy for someone to remain on PC status when requested it should be.

RESPONSE: Mr. McCall This is Not Accurate in the way things have Been Handled. I, Personally, have dealt with you on this matter. When I was A Corporal, and After I, Became Sergeant, you Asked me Repeatedly to Be taken off of P.C. You Asked me Repeatedly to Be let out of your cell. Only After Repeated Requests By you did I Let you Back in General Population. Your Claims Are Groundless in my Experience with you. You were out By your Own Request. At No time have you Requested to Be Put on P.C. to my Knowledge. In fact you Requested the opposite.

RESPONDERS SIGNATURE: Sgt. Richards 802   12-28-10
JAILER'S NAME (PRINT): _____   # _____
DETAINEE'S NAME (PRINT) Jamie McCall

11-5-2010

RECEIVED
MAIL ROOM
NOV 19 2010
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

To whom may Concern,

My name is Jamie Shawn McCall SSN 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 ADC# 610019. I am currently Department of Corrections property. I am housed in the Saline County Jail waiting transfer to ADC for parole violation. Your office recently mailed me a 1983 form. I am having a very serious problem. I dont know who else to go to with it. I have filed Seven grievance including emergency & medical grievance and I have never recieved, not even one, back. My first grievance was filed 2½ months ago. Never got a response. The inmate hand book states Saline County has 72 business hours to give a response. My issues that I have grieved are very serious. I was beat up while in handcuffs by the gaurds when I first came to jail. I continusly am being threatened by the gaurds. So are other inmates. They have no reason to threaten me, other than reprisal to my grievance. I am not a Combative inmate. I stay to myself and I dont bother anybody. I have filed grievance and I believe these threats are a direct result of that.

I know in order to file a 1983 form I must exaust the grievance process and grievance appeal. That is impossible if they never return my grievance. I am on 30 day diciplanary segeration for Supposedly getting two breakfast treys. The deputy who put me on (Dep. Boseman) was recently fired for dishonesty. Here at Saline County there is no diciplanary Court. No Due process. You are automatically guilty. You can not call witness or present your evidence. I have been locked down 23 hours a day with no commisary and no visits for 3 weeks. This is federally illegal without allowing me the right to due process. Iv filed grievance about this issue.

They were never to be seen again.

I'v filed medical grievance. There is no doctor or nurse here. A Jailor make the medical decision (ms harrolson). She also passes out the meds. I am hypoglysemic and I need to be able to check my blood sugar more than once a day. I have been below 70 16 times. I'm only allowed to check it once a day. I have filed request to see a doctor and it hasn't happened. Also we have not been outside in 2 months. I'v also filed grievance on the meals being very small. No response.

Please help me. I sent in the Calculation of initial payment of fileing fee two weeks ago and I have never seen it again. This has got to be unlawful. I thought I could maybe talk to a Chaplin about this issue. There is a Chaplin but his office is across town somewhere. He never comes to the jail. My public defender Gina Renyolds told me she knows about these issues and it is wrong. She wants to help but seems hesitent about doing so. She knows I am being completely honest about these issues. These things are truely happening here in Saline County. I'm not a bad guy. I have made some poor decisions in my life but I am serious about change. When I can, I lead prayer group, and I counsel younger guys hopeing they wont make the same mistakes I have. I'm not a trouble maker here. Please help me or give this letter to someone in your office who can. Thank you for your time.

Respectfully,
Jamie McCall

11-6-2010

To whom it may Concern,

There has been a new incident in my situation. There is an inmate in my pod on ASEG, Michael Absore. He informed me today that the same gaurd, Dep Marvel, (sp?) who has come into my cell, with his taser drawn and pointed at me, and threatened to "Beat your ass, tase you, and take everything you have" Offered him and his roommates extra food treys to beat me up. I believe Michael because he said he is willing to take a polygraph, and I will as well.

I just tried to speak with the shift commander about this and he said "If it's not an emergency I'm going to beat your ass" then he let me out of my cell, and I told him, and he announced my business with him to the whole pod saying "You better not take your hour out because all these inmates want to beat you up for extra food." So now about 6 of the other inmates are threatening me and calling me a snitch & bitch. Pardon my launguage but I'm writing exactly how it's happening.

The inmate who Dep. Marvel offered extra food to beat me up is on ASEG and not even supposed to have contact with me or anybody else, yet daily he is allowed out with me and the rest of the pod for our hour out.

I am truely afraid for my life. Dep. Marvel has no reason to threaten me. Other than the grievance I have filed Orginating with the one I filed when I first got here about the Police beating me up while handcuffed behind my back, and the grievance I filed about when Dep King (the one who got fired for beating up that girl). I was up front and because I said "Hey Hey that's a girl he is doing like that" He ran at me, and I believe would have hurt me, if another

gaurd did'nt step between us.

The incident when dep Marvel came in my cell and threatened me, and offered Michael and his cellmate extra food treys to beat me up happened 11-2-2010 at about 9:00AM. Michael told me about it on 11-5-2010 at about 6:30pm while we were out of our cell for our hour out. The incident today, when I told Corporal Bently, happened at about 1:30pm 11-6-2010. There are camera's in our pod that will show I'm telling the truth. I tried to get on some sort of protective custody but as of right now I'm still in the same POD same cell. There are cameras that will show I'm telling the truth about getting beat up in the Sally port, with handcuffs behind my back, and also about the dep King running at me like he was going to jump on me when he hurt that girl.

Please Help me. I am not mental or anything like that. These things are truely happening to me. I am seriously scared that something bad is fixing to happen to me. This is about me, but I have seen these gaurds beat up inmates for no reason. I have seen inmates get tased for walking back to their cell too slow (Harris McRenyolds). Tony page is the inmate that two gaurds beat up for no reason in his cell He has bad charges though, failing to regester, and they always treat those inmates worse. If something happens to me please tell my ~~[redacted]~~ Parents Doug & Cathy McCall about this letter I'm scared to tell them in a letter because they read our mail if it's not legal mail. Their Phone #'s are 680-8898 & 529-1509. Gina Renyolds # is 847-8334. Surely someone oversee's this County. Please notify them for me. Thank you for your time.

Respectfully,
Jamie McCall

# United States District Court
EASTERN DISTRICT OF ARKANSAS

Jamie McCall

v

Sgt. Richards

APPLICATION TO PROCEED
IN FORMA PAUPERIS
SUPPORTING DOCUMENTATION
AND ORDER

CASE NUMBER: 4:10-CV-02069-WRW-BD

I, Jamie McCall declare that I am the (check appropriate box)

- ☑ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. § 2255 motion)
- ☐ _____ other

in the above-entitled proceeding; that in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Claim #1 Failure to Protect
Claim #2 Denied Due Process
Claim #3 Reprisal to Grievance

In support of this application, I answer the following questions under penalty of perjury:

1. Are you presently employed?  ☐ Yes  ☑ No

    a. If the answer is "Yes" state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)

    b. If the answer is "No" state the date of your last employment, the amount of the salary and wages per month which you received.  Nov 1, 2009   1000.⁰⁰ A month

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes  ☑ No
    b. Rent payments, interest or dividends             ☐ Yes  ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes  ☑ No
    d. Disability or workers compensation payment       ☐ Yes  ☑ No
    e. Gifts or inheritances                            ☑ Yes  ☐ No
    f. Any other sources                                ☐ Yes  ☑ No

If the answer to any of the above is "**Yes**", describe each source of money and state the amount received from each during the past twelve months. Gifts of 56.00, 37.00, 33.00

3. Do you own any cash or do you have money in checking or savings accounts?
   Yes ☐   No ☑ (include any funds in prison accounts.)
   If the answer is "yes" state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property? (excluding ordinary household furnishings and clothing?)
   Yes ☐   No ☑
   If the answer is "yes" describe the property and state its approximate value.

5. List the persons who are dependent on you for support, state your relationship to those persons and indicate how much you contribute to their support. 2 children
   S. E. Age 10 DOB 2000  (amount of support still to be determined
   S. M. Age 2 DOB 2009    by Courts)
   I declare under penalty of perjury that the above information is true and correct.

   Executed on _____      _Jamie McCall_____
   _____1-27-2011_____             _____
   Date                                     Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at the __Cummins__ institution where he is confined. I further certify that the application likewise has the following securities to his/her credit according to the records of said institution: _____

_____. I further certify that during the past six months the applicant's average balance was $ __0__ .

_1-28-10_                        _Kim Downen_
Date                             Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied.              The application is hereby granted. Let the
                                               applicant proceed without prepayment of cost or
                                               fees or the necessity of giving security therefor.

_____  _____           _____  _____
United States Judge   Date                  United States Judge   Date
                                            or Magistrate Judge

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

PLAINTIFF: <u>JAMIE MCCALL</u>

ADC NO: <u>610019</u>

FEDERAL COURT CASE NUMBER

| | | |
|---|---|---:|
| Total Deposits for last SIX (6) months: | | $0.00 |
| Average Monthly Deposit (total Deposits divided by 6) | D | $0.00 |
| Total Balances for last six (6) months: | | $0.00 |
| Average Monthly Balance (total Balances divided by 6) | B | $0.00 |
| CURRENT ACCOUNT BALANCE: | | $0.00 |
| The Greater Average (Deposit or Balance) | | $0.00 |
| INITIAL PAYMENT OF FILING FEE AS OF   Jan-11 | | $0.00 |

DATE:   28-Jan-11                    AUTHORIZED OFFICIAL:   KIM DOWNEN

**NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$455.00 FOR AN APPEAL**

*/s/ Kim Downen*

# Certificate
## (Prisoner Accounts Only)
### (To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at the __Cummins__ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: _____

_____

_____

I further certify that during the past six months the applicant's average monthly deposit was $ __0__ .

__1-28-10__  __Kim Donner__ (signature)
Date    Signature of Authorized Officer of Institution