**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMIE SHAWN MCCALL
ADC #610019**                                                **PLAINTIFF**

**V.**                      **4:10CV02069 BRW/BD**

**RICHARDS, et. al**                                            **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendant Marvel are DISMISSED without prejudice. His due process claim, personal property claim, excessive force claim, and claim that Defendants failed to properly monitor his blood sugar level are DISMISSED without prejudice. Plaintiff's claims against Defendants Richards, Parker, Reed, Griffin, and Lester in their official capacities are also DISMISSED without prejudice.

IT IS SO ORDERED, this 15th day of March, 2011.

                                                     /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE