**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMIE SHAWN McCALL                                                                 PLAINTIFF

V.                                      NO. 4:10CV02069-BRW-BD

RICHARDS, *et al.*                                                                DEFENDANTS

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the recommendation.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

Mail your objections and/or "statement of necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## II. Discussion

Plaintiff Jamie Shawn McCall, formerly incarcerated at the Saline County Jail, filed this action on December 29, 2010, under 42 U.S.C. § 1983. The remaining claims are against Defendants Richards, Lester, Reed, Griffin, and Parker, employees of the Saline County Jail. These Defendants were served with summons on February 25, 2011. (Docket entries # 24 - #28). These Defendants, however, have not responded to the Complaint and Amended Complaint.

On April 7, 2011, Defendants were ordered to show cause within 30 days why a default judgment should not be entered against them (docket entry #39). Defendants have not responded to or complied with the Court's order and the time for doing so has passed.

Accordingly, the Court recommends that Mr. McCall's Amended Motion for Default Judgment (#34) be GRANTED and that a default judgment be entered against Defendants Richards, Reed, Parker, Lester and Griffin pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

## III. Conclusion

The Amended Motion for Default Judgment (#34) should be GRANTED.

DATED this 9th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE