**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMIE SHAWN McCALL**                                                           **PLAINTIFF**

V.                          **4:10CV02069-BRW-BD**

**RICHARDS,** *et al.*                                               **DEFENDANTS**

## **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommended Disposition and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, the Amended Motion for Default Judgment (#34) is GRANTED. Following a hearing before Magistrate Judge Beth Deere to determine the amount of damages, Default Judgment will be entered against Defendants Richards, Reed, Parker, Lester and Griffin pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 31st day of May, 2011.

                                                                 /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE