IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMIE SHAWN McCALL**                                                                       **PLAINTIFF**

V.                                     NO. 4:10CV02069-BRW-BD

**RICHARDS,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After a careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to set aside the default judgment (docket entry #52) is GRANTED.  The default judgment in this matter is set aside.

IT IS SO ORDERED this 7th day of July, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE