IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN McCALL,                                                                PLAINTIFF
#11962-11

V.                          CASE NO. 4:10cv02069-BRW-BD

MIKE RICHARDS, *et al.*                                                            DEFENDANTS

## ORDER

Plaintiff Jamie Shawn McCall, who was previously held in the Saline County Jail, filed this lawsuit pro se under 42 U.S.C. § 1983. He is proceeding *in forma pauperis* on claims of failure-to-protect and deliberate-indifference. Defendants have answered the Complaint and made demand for trial by jury. Dispositive motions may be filed on or before December 16, 2011.

Absent the filing of dispositive motions, the Court will appoint counsel for Mr. McCall and notify Judge Billy Roy Wilson that a jury trial setting is appropriate.

IT IS SO ORDERED this 16th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE